United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-20030
_____

FG HEMISPHERE ASSOCIATES LLC

                Plaintiff - Appellee

   v.

REPUBLIQUE DU CONGO

                Defendant - Appellant

CMS NOMECO CONGO INC; NUEVO CONGO CO; NUEVO CONGO LTD

                Garnishees - Appellants

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Houston
----------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.[1]

PER CURIAM:

    IT IS ORDERED that appellee's unopposed motion to remand this case to the United States District Court for the Southern District of Texas, Houston, is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed motion requesting this Court to enter an order reversing the district

---

[1]Pursuant to 5ᵗʰ Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵗʰ Cir. R. 47.5.4.

1

court's orders of 9/15/05 is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion directing the district court to dissolve those writs of garnishments is GRANTED.